UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

Linda Marie Romero
6837 Clark Ct
Denver, CO 80221
 3997                              Chapter  7

### Statement Under Penalty of Perjury Concerning Payment Advices
### Due Pursuant to 11 U.S.C. §521(a)(l)(B)(iv)

**I, Linda Marie Romero**, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

**X**  a) I was not employed during the period immediately preceding the filing of the above-referenced case December 2009 until present (state the dates that you were not employed);

____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

____  c) I am self-employed and do not receive any evidence of payment from an employer;

____ d) Other (Please Explain) _____

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this 3rd day of September, 2009.

/s/Linda Maria Romero

1007-1 form