UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                                Bankruptcy No. 09-28441 MER
                                                                      Chapter 7
ANTHONY JOSEPH ROMERO, SR.,
LINDA MARIE ROMERO,
Debtors.

## REQUEST TO RECEIVE NOTICES

PLEASE TAKE NOTICE that BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. (hereinafter "Creditor") by and through its attorneys, CASTLE MEINHOLD & STAWIARSKI, LLC, requests, pursuant to Sections 102(1), 342 of the Bankruptcy Code, and Federal Rules of Bankruptcy Procedure 2002 and 9007, that all notices and all papers including orders and notices of any application, motion, petition, pleading, request, complaint or demand (1) which affect or seek to affect in any way any rights or interests of Creditor with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by creditor, required to be served in this case, be served upon the following:

CASTLE MEINHOLD & STAWIARSKI, LLC
999 18th Street, Suite 2201
Denver, CO  80202
Attn:  Britney Beall-Eder, Esq.

DATED:  September 14, 2009

CASTLE MEINHOLD & STAWIARSKI, LLC

Deanna L. Westfall, #23449
Britney Beall-Eder, #34935
Katharine E. Fisher #39230
Cristel D. Shepherd, #39351
Christopher T. Groen, #39976
Attorneys for Movant
999 18th Street, Suite 2201
Denver, CO  80202
303-865-1440
(303) 865-1410 (facsimile)
ATTORNEYS FOR BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.
File No 09-01618

In re:
ANTHONY JOSEPH ROMERO, SR. AND LINDA MARIE ROMERO

Case No.   09-28441 MER

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on ___9-14-09___, the foregoing **REQUEST TO RECEIVE NOTICES** was placed in the United States mail, first class postage prepaid, addressed to the following:

Anthony Joseph Romero, Sr.
14717 Vine St
Thornton, CO  80602-7379

Linda Marie Romero
14717 Vine St
Thornton, CO  80602-7379

Steven W. Hickox
2120 S. Birch St.
Denver, CO  80222

Jeffrey A. Weinman
730 17th St., Ste 240
Denver, CO  80202

_____

File No. 09-01618