UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:  Bankruptcy No.09-28441 MER
Chapter 7

ANTHONY JOSEPH ROMERO, SR.,
LINDA MARIE ROMERO,
Debtors,

BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.,
Movant,

ANTHONY JOSEPH ROMERO, SR.,
LINDA MARIE ROMERO, and
Jeffrey A. Weinman,
the Chapter 7 Trustee,
Respondents.

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon motion made by BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., for Relief from Stay, no response having been received thereto by the date set in the Notice for filing of such response, it is hereby

**ORDERED** that BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., its predecessors, successors and assigns, is hereby granted Relief from Automatic Stay pursuant to 11 U.S.C. §362 (d) of the Bankruptcy Code, solely to proceed *in rem* against the following described property:

LOT 4, BLOCK 1, PERL MACK -MANOR, FITEENTH FILING, COUNTY OF ADAMS, STATE OF COLORADO.

More Commonly Known as: 6837 Clark Court, Denver, CO 80221

AND such automatic stay is hereby terminated as to the above-described property and BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. may proceed to pursue its state law rights and remedies allowed under the Note and Deed of Trust against the property.

Creditor is entitled to its reasonable attorney's fees and costs as set forth in its Motion for Relief and may collect the fees and costs as permitted by the Bankruptcy Code.

IT IS FURTHER ORDERED that the 10 day stay pursuant to Fed. R. Bankr. P. 4001(a)(3) is lifted and BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. may immediately implement and enforce this order granting relief from the automatic stay.

***Creditor*** and/or its successors and/or assigns may, at its option, offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

In contacting the Debtor for any loan workout purposes, ***Creditor*** may do so to assist the Debtor in potentially retaining the Property, as Property of the Debtor.

Dated _____

BY THE COURT:

_____
United States Bankruptcy Judge

File No. 09-01618