Certificate Number: 06167-CO-DE-009060397

Bankruptcy Case Number: 09-28441

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 18, 2009 , at 2:15 o'clock PM CST ,

Anthony Joseph Romero completed a course on personal financial

management given by telephone by

Hananwill Financial Education Services ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Colorado .


Date: November 18, 2009     By    /s/Jay W Prindable

                            Name  Jay W Prindable

                            Title Teacher

Certificate Number: 06167-CO-DE-009060398

Bankruptcy Case Number: 09-28441

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 18, 2009, at 2:15 o'clock PM CST, Linda Marie Romero completed a course on personal financial management given by telephone by Hananwill Financial Education Services, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: November 18, 2009

By  /s/Jay W Prindable

Name  Jay W Prindable

Title  Teacher