(COB #215MER voreliefstay)(07/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Michael E. Romero

In re:

    Anthony Joseph Romero Sr.
    Linda Marie Romero

Debtor(s)

| | |
|---|---|
| Case No.: | 09−28441−MER |
| Chapter: | 7 |

SSN/TID
Nos.   xxx−xx−3599
          xxx−xx−3997

## ORDER GRANTING RELIEF FROM STAY WITH RESPECT TO PROPERTY

   A motion for relief from stay, Document No.13 ,("Motion"), has been filed in the above captioned case by BAC Home Loans Servicing, LP. ("Movant").  Movant gave notice of the Motion in accordance with L.B.R. 401 and no response was filed. Accordingly, it is

   ORDERED that relief from stay is GRANTED to the Movant to exercise its rights and remedies under state law, regarding the following described property:

      6837 Clark Court, Denver, CO 80221

   IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.


Dated:  11/24/09
                                                                 BY THE COURT:

                                                                 s/ Michael E. Romero
                                                                 United States Bankruptcy Judge