B6F (Official Form 6F) (12/07)

IN RE Romero, Anthony Joseph Sr. & Romero, Linda Marie     Case No. 09-28441
             Debtor(s)                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5029<br>Comcast Communications<br>PO Box 34277<br>Sealte, WA 98124 | | J | past due utility bill | | | | 172.53 |
| ACCOUNT NO.<br>Credit Protection Association<br>PO JJJBox 34227<br>Seattle, WA 98124 | | | Assignee or other notification for:<br>Comcast Communications | | | | |
| ACCOUNT NO. 6714<br>Credit Management<br>4200 International Parkway<br>Carrolton, TX 75007 | | H | past due utility bill | | | | 130.00 |
| ACCOUNT NO. 9156<br>Credit Union Of Denver<br>PO Box 261420<br>Lakewood, CO 80226 | | W | overdraft protection on checking account | | | | 1,382.89 |

_____ continuation sheets attached

Subtotal (Total of this page) $ 1,685.42

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Romero, Anthony Joseph Sr. & Romero, Linda Marie  Case No. 09-28441
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0002<br>Crestview Water & Sanitation District<br>PO Box 21299<br>Denver, CO 80221 | | J | past utility bill | | | | 345.11 |
| ACCOUNT NO. 9931<br>Foothills Credit Union<br>7990 W Alameda Ave<br>Lakewood, CO 80226 | | W | revolving credit | | | | 651.38 |
| ACCOUNT NO. 2190<br>Foothills Credit Union<br>7990 W Alameda Ave<br>Lakewood, CO 80226 | | H | revolving credit | | | | 1,037.51 |
| ACCOUNT NO.<br>Qwest<br>PO Box 29040<br>Phoenix, AZ 85038 | | W | past utiltities | | | | 210.65 |
| ACCOUNT NO. 5140<br>Waste Management<br>PO Box 79168<br>Phoenix, AZ 85062 | | W | past due utitlty bill | | | | 104.30 |
| ACCOUNT NO. 1162<br>Wells Fargo Financial<br>PO Box 98788<br>Las Vegas, NV 89193 | | H | personal loan | | | | 2,175.00 |
| ACCOUNT NO. 4705<br>Wells Fargo Financial<br>PO Box 98791<br>Las Vegas, NV 89193 | | H | personal loan | | | | 3,662.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 8,185.95

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Romero, Anthony Joseph Sr. & Romero, Linda Marie                    Case No. 09-28441
                    Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7483<br>Xcell Energy<br>Po Box 840<br>Denver, CO 80201 | | H | past due utiltity bill | | | | 528.80 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 528.80

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 10,400.17

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only