United States Bankruptcy Court
District of Colorado

IN RE:                                                          Case No. **09-28441**

**Romero, Anthony Joseph Sr. & Romero, Linda Marie**        Chapter **7**
Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Section 341 Meeting of Creditors Notice**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this **25th** day of **November**, **2009**.

Steven W. Hickox, Attorney
2120 S Birch St
Denver, CO 80222
(720) 256-7662 Fax: (303) 715-1012

Comcast Communications
PO Box 34277
Sealte, WA  98124

Credit Management
4200 International Parkway
Carrolton, TX  75007

Credit Protection Association
PO JJJBox 34227
Seattle, WA  98124

Credit Union Of Denver
PO Box 261420
Lakewood, CO  80226

Crestview Water & Sanitation District
PO Box 21299
Denver, CO  80221

Foothills Credit Union
7990 W Alameda AVe
Lakewood, CO  80226

Qwest
PO Box 29040
Phoenix, AZ  85038

Waste Management
PO Box 79168
Phoenix, AZ  85062

Wells Fargo Financial
PO Box 98788
Las Vegas, NV  89193

Wells Fargo Financial
PO Box 98791
Las Vegas, NV  89193

Xcell Energy
Po Box 840
Denver, CO  80201

*Romero* (signature)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only