(COB #215MER voreliefstay)(07/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Michael E. Romero

In re:

    Anthony Joseph Romero Sr.
    Linda Marie Romero

Debtor(s)

Case No.:    09−28441−MER
Chapter:    7

SSN/TID Nos.    xxx−xx−3599
    xxx−xx−3997

## ORDER GRANTING RELIEF FROM STAY WITH RESPECT TO PROPERTY

    A motion for relief from stay, Document No.13 ,("Motion"), has been filed in the above captioned case by BAC Home Loans Servicing, LP. ("Movant").  Movant gave notice of the Motion in accordance with L.B.R. 401 and no response was filed. Accordingly, it is

    ORDERED that relief from stay is GRANTED to the Movant to exercise its rights and remedies under state law, regarding the following described property:

    6837 Clark Court, Denver, CO 80221

    IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.


Dated:  11/24/09

BY THE COURT:

s/ Michael E. Romero
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1            User: smiths              Page 1 of 1              Date Rcvd: Nov 24, 2009
Case: 09-28441                  Form ID: 215MER           Total Noticed: 2

The following entities were noticed by first class mail on Nov 26, 2009.
db          Anthony Joseph Romero, Sr.,    14717 Vine St,    Thornton, CO  80602-7379
db          Linda Marie Romero,   6837 Clark Ct,    Denver, CO  80221-2823

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 26, 2009**                    **Signature:**       _Joseph Speetjens_