Form B18_7 (Official Form 18 / COB Form 177)(12/07)

# United States Bankruptcy Court

District of Colorado
Case No. <u>09–28441–MER</u>
Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Joseph Romero Sr. | Linda Marie Romero |
| aka(s), if any will be listed on the last page. | aka(s), if any will be listed on the last page. |
| 14717 Vine St | 6837 Clark Ct |
| Thornton, CO 80602–7379 | Denver, CO 80221–2823 |

Social Security No.:
xxx–xx–3599                                                xxx–xx–3997

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>12/22/09</u>                       <u>s/ Michael E. Romero</u>
                                            United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Aliases Page**

**<u>Debtor aka(s):</u>**
No Aliases for Debtor

**<u>Joint Debtor aka(s):</u>**
No Aliases for Joint Debtor

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: odenbachd              Page 1 of 1               Date Rcvd: Dec 22, 2009
Case: 09-28441                Form ID: 177                 Total Noticed: 27

The following entities were noticed by first class mail on Dec 24, 2009.
 db           Anthony Joseph Romero, Sr.,    14717 Vine St,    Thornton, CO 80602-7379
 db           Linda Marie Romero,    6837 Clark Ct,    Denver, CO 80221-2823
 tr          +Jeffrey A. Weinman,    730 17th St.,    Ste. 240,    Denver, CO 80202-3506
11256329      Adams County Public Trustee,    A200956315,    1000 Judicial Center Dr Ste 200,
              Brighton, CO 80601-8802
11256330      Capital One,    PO Box 60599,    City of Industry, CA 91716-0599
11256331      Castle Meinhold & Stawiarski, LLC,    09-01618,    999 18th St Ste 2201,    Denver, CO 80202-2402
11256332     +Central Credit Services, Inc,    PO Box 15118,    Jacksonville, FL 32239-5118
11502112      Comcast Communications,    PO Box 34277,    Seattle, WA 98124
11256335      Countrywide Home Loan,    PO Box 650070,    Dallas, TX 75265-0070
11256336     +County Court Adams Counte,    1100 Judicial Center Dr,    Brighton, CO 80601-8873
11502399     +Credit Protection Association,    PO JJJ Box 34227,    Seattle, WA 98124-1227
11502115     +Crestview Water & Sanitation District,    PO Box 21299,    Denver, CO 80221-0299
11502116     +Foothills Credit Union,    7990 W Alameda Ave,    Lakewood, CO 80226-3025
11256337      IRS Central Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114-0326
11256338     +Machol & Johannes, LLC,    600 Seventeenth St, Suite 800 North,    Denver, CO 80202-5402
11256339      NCO Financial Systems,    PO Box 61247,    Virginia Beach, VA 23466-1247
11256340      NCO Financial Systems, Inc.,    Ms 450,    1804 Washington Blvd,    Baltimore, MD 21230-1700
11502118     +Waste Managment,    PO box 79168,    Phoenix, AZ 85062-9168
11256341      Wells Fargo,    PO Box 98791,    Las Vegas, NV 89193-8791
11502119     +Wells Fargo Financial,    PO box 98788,    Las Vegas, NV 89193-8788
11502120     +Xcel Energy,    PO Box 840,    Denver, CO 80201-0840
The following entities were noticed by electronic transmission on Dec 22, 2009.
 tr          +EDI: QJAWEINMAN.COM Dec 22 2009 18:48:00      Jeffrey A. Weinman,    730 17th St.,    Ste. 240,
              Denver, CO 80202-3506
11256333      EDI: CHASE.COM Dec 22 2009 18:48:00      Chase,    PO Box 94014,    Palatine, IL 60094-4014
11256334      EDI: CODEPREV.COM Dec 22 2009 18:43:00      Colorado Dept. of Revenue,
              1325 Sherman Street, Room 504,    Denver, CO 80261-0001
11256334      E-mail/PDF: tacbnk@spike.dor.state.co.us Dec 23 2009 00:36:44      Colorado Dept. of Revenue,
              1325 Sherman Street, Room 504,    Denver, CO 80261-0001
11502113     +EDI: CMIGROUP.COM Dec 22 2009 18:43:00      Credit Management,    4200 International Pkwy,
              Carrolton TX 75007-1912
11502114     +E-mail/PDF: BANKRUPTCY@CUDENVER.COM Dec 23 2009 00:42:36      Credit Union of Denver,
              PO Box 261420,    Lakewood, CO 80226-9420
11344288      EDI: RMSC.COM Dec 22 2009 18:43:00      GE Money Bank,    c/o Recovery Management Systems Corp.,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11502117     +E-mail/Text: bklaw@qwest.com                            Qwest,    PO box 29040,
              Phoenix, AZ 85038-9040
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr           BAC Home Loans Servicing, LP
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2009**                    **Signature:**    _Joseph Speetjens_